In the Matter of the Application of the Board of Rapid Transit Commissioners for the City of New York for the Appointment of Three Commissioners, etc. (Brooklyn, Manhattan and Long Island City Route.)— Motion granted and news-

---

* Laws of 1902, chap. 580.— [REP.

App. Div.]        Second Department, November, 1906.

papers designated. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.